**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7554**

CASEY RAFAEL TYLER,

             Plaintiff - Appellant,

       v.

OLIVER WASHINGTON,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.    Malcolm J. Howard, Senior District Judge.  (5:14-ct-03126-H)

Submitted:  March 30, 2015         Decided:  April 10, 2015

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Casey Rafael Tyler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012), and its subsequent order denying his motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tyler v. Washington, No. 5:14-ct-03126-H (E.D.N.C. July 9, 2014 & Oct. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED